**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Christopher Ryan Nowak**<br>DOB: 1989; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00174MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 29, 2021, at or near Nogales, in the District of Arizona, **Christopher Ryan Nowak** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 29, 2021, at approximately 10:30 p.m., **Christopher Ryan NOWAK** entered the United States through the pedestrian lanes at the DeConcini Port of Entry in Nogales, Arizona. **NOWAK** gave a negative customs declaration and was referred to secondary for further inspection. In secondary, a Customs and Border Protection (CBP) canine conducted a sniff of **NOWAK** and alerted to an odor it is trained to detect emanating from his groin area. CBP Officers conducted a search of **NOWAK** and observed an object protruding from his rectum. **NOWAK** admitted to concealing the package but said he was unable to remove it. **NOWAK** was transported to the hospital where one package was removed from **NOWAK's** anal cavity. A representative sample of the contents of the package tested positive for the characteristics of fentanyl. The fentanyl had a total weight of 220.3 grams.

After waiving his *Miranda* rights, **NOWAK** admitted to crossing the package internally which he knew contained fentanyl pills. **NOWAK** stated he was to be paid 200 fentanyl pills for crossing the package. **NOWAK** stated that he has previously traveled to Mexico for the purpose of concealing packages of drugs to cross into the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti* | SIGNATURE OF COMPLAINANT (official title)<br>Digitally signed by Justin.T.Chumley<br>Date: 2021.03.30 11:45:34 -07'00'<br>OFFICIAL TITLE<br>HSI Special Agent<br>Justin Chumley |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 30, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54